# Court of Appeals
# of the State of Georgia

ATLANTA,____April 24, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A0013.  SHALANDA RILEY SANDERS v. CURTIS RILEY.**

On motion for partial summary judgment, the trial court concluded that Shalanda Riley Sanders' claim for virtual adoption failed as a matter of law.  Sanders seeks to appeal this ruling. In *Morgan v. Howard*, the Supreme Court determined that an appeal in which the substantive issue involved the legality or propriety of a trial court's decision about the existence of a virtual adoption claim fell within its equity jurisdiction.  See 285 Ga. 512 (1) (678 SE2d 882) (2009).  Because the sole issue on appeal is Sanders' virtual adoption claim, jurisdiction lies in the Supreme Court.  See id.  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/24/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*